# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON BRICKNER, | CASE NO. 3:14-cv-02462-GBC |
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| Defendant. | Docs. 1, 9, 10, 11, 12 |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY**

## ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Sharon Brickner benefits under the Social Security is affirmed; and

4. The Clerk of Court shall close this case.

Dated: March 31, 2016                s/Gerald B. Cohn
                                     GERALD B. COHN
                                     UNITED STATES MAGISTRATE JUDGE